UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

KRYSTAL DABISH
Formerly, Krystal Shaouni

      Plaintiff,

v.

ORLANS ASSOCIATES, PC;
FANNIE MAE;
BANK OF AMERICA, ,

      Defendants.

Case No. 13-13583

Hon. _____

Removed from:
Oakland County Circuit Court
Case No. 2013-134805-CH
Hon. Michael Warren

## NOTICE OF REMOVAL FROM STATE COURT

### INDEX OF EXHIBITS

Exhibit 1 – Complaint and complete copy of all process and pleadings in the State Court Action

Exhibit 2 – State Court Notice of Removal

Exhibit 3 – Co-defendant Orlans Associates, P.C.'s consent to remove the State Court Action on August 19, 2013

Exhibit 4 – *Yuille v. Trott and Trott*

Exhibit 5 – *Edwards v. Std. Fed. Bank, N.A.*

Exhibit 6 – SEV – City of Farmington Hills assessment records

Exhibit 7 – *Graves Family Trust v. Litton Loan Servicing LP*

Exhibit 8 – *Nordica S.P.A. v. Icon Health & Fitness, Inc.*